IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 67.149.166.184

**ISP:** WideOpenWest
**Physical Location:** Ferndale, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/02/2018 05:01:50 | 3311AEAD7B82A383B1C9A5898A94EA1D96CBF745 | HOT Coffee |
| 12/16/2017 19:05:39 | 2603421EF6EDDFD5C5EFB8F5BB79768698787247 | Your Luckiest Night |
| 02/11/2017 21:39:15 | BB5EC5864734FE9BCCE962C969669FFA2B741845 | Want To Fuck My Wife |
| 11/10/2016 02:18:09 | 3A391FE3A5E1AFD2AD9FE814E5B5F97A6744402E | Russian Connection |
| 10/16/2016 21:29:29 | 4F3B636AD5FF88A80F2D74935CD0093C61F427D3 | Sweeter Than Wine |
| 10/07/2016 04:27:36 | 6EDCB9F1D3D04084B9697D6F6F2694BF390C6F7D | Threes Company |
| 09/18/2016 19:34:26 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 04/11/2016 03:45:14 | 84E441EB7F9EEA34B1CD08C515422B3A3575EEF8 | Hot Winter Fox |
| 01/26/2016 03:09:18 | 2A19B9CC9092AC10B844E2C79D2CF7CACEF69991 | Keep Cumming Kylie |
| 01/12/2016 03:16:41 | 59B39828EC56E960501BC4C135A1182FB8C8CCBA | Black Widow |
| 01/08/2016 02:03:10 | 65BA528EFF180C710F1CCA90D1D6CEFCAE417439 | Sex At The Office |
| 12/31/2015 11:53:07 | 9EBC7F5124166D41A6087F60CAC59C041A4E63F9 | Inside Caprice |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

NEMI362